IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00190-01-CR-W-GAF |
| TIMOTHY ALAN REECE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on January 30, 2008. Defendant Timothy Reece appeared in person and with retained counsel Carl Cornwell. The United States of America appeared by Assistant United States Attorney Katharine Fincham.

*I.     BACKGROUND*

On May 29, 2007, an indictment was returned charging defendant with one count of interstate transportation of a minor to engage in illegal sexual activity, in violation of 18 U.S.C. § 2423(a).

The following matters were discussed and action taken during the pretrial conference:

*II.     TRIAL COUNSEL*

Ms. Fincham announced that she will be the trial counsel for the government. The case agent to be seated at counsel table is Angie Wilson, FBI Task Force.

Mr. Cornwell announced that he will be the trial counsel for defendant Timothy Reece.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Ms. Fincham announced that the government intends to call 20 witnesses without stipulations or 10 witnesses with stipulations during the trial.

Mr. Cornwell announced that defendant Timothy Reece intends to call 5 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Fincham announced that the government will offer approximately 20 exhibits in evidence during the trial.

Mr. Cornwell announced that defendant Timothy Reece will offer no exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Cornwell announced that defendant Timothy Reece will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Cornwell stated this case may be for trial.

## VIII. STIPULATIONS

Stipulations are likely as to business records and factual matters.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 3 1/2 to 4 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed June 26, 2007, counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by January 30, 2008;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, February 6, 2008;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, February 6, 2008. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine will be filed by the government on the rape-shield law concerning the alleged victim. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on February 11, 2008.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
January 30, 2008

cc: The Honorable Gary Fenner
Ms. Katharine Fincham
Mr. Carl Cornwell
Mr. Jeff Burkholder